UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00222 |
| | ) | JUDGE CAMPBELL |
| EFRAIN MARTINEZ-ORTEGA | ) | |

ORDER

The Court held a status conference on July 18, 2012, for which Defendant waived his presence. A sentencing hearing is scheduled for July 24, 2012, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE